**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESSICA MARTINEZ, | Case No. 2:24-cv-00524-MCS-AJR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 18, 2024

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE